EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re: <br><br> Guillermo J. Zúñiga López | 2019 TSPR 15 <br><br> 201 DPR ____ |

Número del Caso:  TS-12,361


Fecha: 25 de enero de 2019


Abogados de la parte peticionaria:

      Lcdo. Guillermo Figueroa Prieto
      Lcdo. César Alcover Acosta


Oficina del Procuradora General:

      Lcda. Minnie H. Rodríguez López
      Procurador General Auxiliar

Comisión de Reputación:

      Lcda. Belén Guerrero Calderón
      Lcda. Jocelyn López Vilanova
      Lcdo. Miguel Candelario Piñeiro
      Lcdo. José Talavera del Valle
      Dr. Robert Stolberg


Materia:  Reinstalación al ejercicio de la abogacía.


Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

**EN EL TRIBUNAL SUPREMO DE PUERTO RICO**

In Re:

Guillermo J. Zúñiga López

                              **TS-12,361**

**RESOLUCIÓN**

San Juan, Puerto Rico, a 25 de enero de 2019.

Examinado el *Informe del Procurador General,* la *Moción para someter transcripción de prueba oral,* el *Informe del peticionario,* y el *Informe de la Comisión de Reputación,* se autoriza la **reinstalación** del Sr. Guillermo J. Zúñiga López, **únicamente** al ejercicio de la abogacía.

**Publíquese.**

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo. La Juez Asociada señora Rodríguez Rodríguez, disiente de la reinstalación. La Jueza Presidenta Oronoz Rodríguez, el Juez Asociado señor Rivera García y el Juez Asociado señor Colón Pérez, no intervinieron.

                        José Ignacio Campos Pérez
                        Secretario del Tribunal Supremo